# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC MENDOZA AND MICHELLE MENDOZA, PARENTS AND GUARDIANS OF CHARLES MENDOZA, A MINOR; ERIC MENDOZA, INDIVIDUALLY; AND MICHELLE MENDOZA, INDIVIDUALLY,

Appellants,

vs.

EGLET PRINCE; AND THE GALLIHER LAW FIRM,

Respondents.

No. 78484

FILED

JAN 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Crockett, District Judge
Kristine M. Kuzemka, Settlement Judge
Ireland Law Group, LLC
The Law Offices of Laura Hunt, PC
Prince Law Group
The Galliher Law Firm
Eglet Adams
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

20-02406